**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)      Case Number **15−00561−MM7**

# UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/30/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors−−Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Khaikeo N. Saipannha
aka Khaikeo Nang Saipannha
6732 Charlene Ave
San Diego, CA 92114

| Case Number:<br>15−00561−MM7 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−8716 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Ahren Tiller<br>Bankruptcy Law Center<br>1230 Columbia St., Ste. 1100<br>San Diego, CA 92101<br>Telephone number: (619) 894−8831 | Bankruptcy Trustee (name and address):<br>Gerald H. Davis<br>P.O. Box 124640<br>San Diego, CA 92112−4640<br>Telephone number: (619) 400−9997 |

### Meeting of Creditors
Date: **March 3, 2015**      Time: **08:00 AM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 660, Hearing Room A, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 5/4/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 2/2/15 |

**EXPLANATIONS**  FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
|---|---|
| Southern District of California | 15−00561−MM7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 1/30/15, the following person is named Interim Trustee of the estate of the debtor:

Gerald H. Davis
P.O. Box 124640
San Diego, CA 92112−4640

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Southern District of California

Dated:  2/2/15

```
                              United States Bankruptcy Court
                              Southern District of California
In re:                                                                 Case No. 15-00561-MM
Khaikeo N. Saipannha                                                   Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0974-3          User: hkelly                 Page 1 of 1          Date Rcvd: Feb 02, 2015
                              Form ID: b9a                 Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2015.
db           +Khaikeo N. Saipannha,    6732 Charlene Ave,    San Diego, CA 92114-1617
smg          ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
               SACRAMENTO CA 94279-0029
              (address filed with court:   State Board of Equalization,    P.O. Box 942879,
               Sacramento, CA  94279)
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
13910366     +Employment Development Dep.,    PO Box 826218,    Sacramento, CA 94206-0001
13910367      Mercedes Benz Financial,    P.O. Box 961,    Roanoke, TX 76262-0961
13910371      Union Bank of California,    Carm Systems & Support,    P.O. Box 85443,
               San Diego, CA 92186-5443
13910372      Verizon,   500 Technology Drive,    Suite 300,    Saint Charles, MO 63304-2225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: atiller@blc-sd.com Feb 03 2015 01:40:45     Ahren Tiller,    Bankruptcy Law Center,
               1230 Columbia St., Ste. 1100,    San Diego, CA  92101
tr            EDI: QGHDAVIS.COM Feb 03 2015 01:38:00     Gerald H. Davis,    P.O. Box 124640,
               San Diego, CA  92112-4640
smg           E-mail/Text: robertsl2@dnb.com Feb 03 2015 01:41:21     Dun & Bradstreet,
               Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,    PO Box 520,
               Center Valley, PA  18034-0520
smg          +EDI: EDD.COM Feb 03 2015 01:38:00     Employment Develop. Dept., State of CA,
               Bankruptcy Unit - MIC 92E,    P.O. Box 826880,    Sacramento, CA 94280-0001
smg           EDI: CALTAX.COM Feb 03 2015 01:38:00     Franchise Tax Board,    Attn:  Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
ust           E-mail/Text: ustp.region15@usdoj.gov Feb 03 2015 01:41:10     United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA 92101-8511
13910365      EDI: CAPITALONE.COM Feb 03 2015 01:38:00     Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
13910368      EDI: MID8.COM Feb 03 2015 01:38:00     Midland Funding,    8875 Aero Drive,    Suite 200,
               San Diego, CA 92123-2255
13910369      EDI: PRA.COM Feb 03 2015 01:38:00     Portfolio Recovery Associate,    Riverside Commerce Center,
               120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4962
13910370     +EDI: SEARS.COM Feb 03 2015 01:38:00     Sears/CBNA,    P.O. Box 6283,
               Sioux Falls, SD 57117-6283
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          United States Trustee,   Office of the U.S. Trustee,    402 West Broadway, Ste. 600,
               San Diego, CA  92101-8511
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 04, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2015 at the address(es) listed below:
              Ahren Tiller    on behalf of Debtor Khaikeo N. Saipannha atiller@blc-sd.com,
               brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;
               danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com
              Gerald H. Davis    trustee7davis@gmail.com, gdavis@ecf.epiqsystems.com
              United States Trustee    ustp.region15@usdoj.gov
                                                                                             TOTAL: 3
```